IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DANIEL MCMILLAN, | : |
| Petitioner, | : |
| v. | : Case No. 7:06-CV-47 |
| CALVIN MORTON, Warden, | : |
| Respondent. | : |

## ORDER

This case is before the Court on the Recommendation (Doc. 37) of United States Magistrate Judge Richard L. Hodge on Petitioner Daniel McMillan's Petition for Writ of Habeas Corpus (Doc. 1) (the "Petition"). The Recommendation recommends denying the Petition. Petitioner has filed an Objection (Doc. 38). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portions of the Recommendation to which Petitioner objects.

The Court, however, accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Petition for Writ of Habeas Corpus (Doc. 1) is denied.

**SO ORDERED**, this the 17th day of September, 2009.

/s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

jch