IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| DANIEL McMILLAN, | : | |
| Petitioner | : | |
| VS. | : | CIVIL ACTION NO.: 7:06-CV-47 (HL) |
| CALVIN D. NORTON, Warden, | : | |
| Respondent | : | |

## ORDER

Before the Court is petitioner **DANIEL McMILLAN'S** notice of appeal (R. at 41) and application for a certificate of appealability ("COA") (R. at 42) from the Court's September 17, 2009 Order, which adopted the United States Magistrate Judge's Recommendation that petitioner's 28 U.S.C. § 2254 motion be denied.

The Eleventh Circuit Court of Appeals has mandated that the Court construe petitioner's notice of appeal as a COA pursuant to 28 U.S.C. § 2253(c). *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in the United States Magistrate Judge's Recommendation and this Court's Order accepting the same, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

Also before the Court is petitioner's motion to appoint counsel (R. at 43). Said motion is **DENIED AS MOOT**.

**SO ORDERED**, this 19th day of October, 2009.

*s/ Hugh Lawson*

HUGH LAWSON
UNITED STATES DISTRICT COURT

lnb